

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00511-CR

Timothy Paul **MURNANE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR5755
Honorable Ray Olivarri, Judge Presiding

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed:  February 5, 2014

DISMISSED

Appellant's brief was due on September 19, 2013.  We granted Appellant's first motion for extension of time to file the brief until October 21, 2013.  On October 29, 2013, after no brief or motion for extension of time was filed, we ordered Appellant to file Appellant's brief or a motion to dismiss.  Appellant's counsel filed a motion to dismiss this appeal.  However, Appellant did not sign the motion.  *Contra* TEX. R. APP. P. 42.2 (requiring the appellant's signature to authorize a voluntary motion to dismiss).

On November 20, 2013, we denied counsel's motion to dismiss this appeal and ordered Appellant to file a brief or a motion for extension of time to file the brief not later than December 2, 2013. We warned Appellant that if no brief or motion was filed by that date, we would abate this appeal to the trial court for an abandonment hearing. *See* TEX. R. APP. P. 38.8(b)(2). We also cautioned Appellant's attorney that, to protect Appellant's rights, this court may "initiat[e] contempt proceedings against [A]ppellant's counsel." *Id.* R. 38.8(b)(4).

After no response was received, on December 19, 2013, we abated this appeal and remanded the cause to the trial court for an abandonment hearing. *See id.* R. 38.8(b); *Samaniego v. State*, 952 S.W.2d 50, 52–53 (Tex. App.—San Antonio 1997, no pet.). On January 22, 2014, Appellant's counsel filed an *Anders* brief and a motion to withdraw. On January 23, 2014, Appellant filed a motion to dismiss this appeal. Appellant's motion to dismiss this appeal is signed by Appellant and his court-appointed counsel. *See* TEX. R. APP. P. 42.2(a).

We withdraw our December 19, 2013 order abating this appeal; we reinstate this appeal on this court's docket. Appellant's motion to dismiss this appeal is granted and this appeal is dismissed. *See id.*; *Conners v. State*, 966 S.W.2d 108, 110 (Tex. App.—Houston [1st Dist.] 1998, pet. ref'd). Appellate counsel's motion to withdraw is granted.

PER CURIAM

DO NOT PUBLISH